UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GABRIELLE CHATHAM,

     Plaintiff,

v.                           Case No: 8:25-cv-3017-MSS-NHA

CHINLE DEVELOPMENT, INC.,
and TODD HOLENDER,

     Defendants.

_____

## ORDER

**THIS CAUSE** comes before the Court for consideration of Defendant Chinle

Development, Inc.'s Unopposed Motion to Compel Arbitration and Stay Proceedings.

(Dkt. 6) On December 17, 2025, United States Magistrate Judge Natalie Hirt Adams

issued a Report and Recommendation. (Dkt. 9) Judge Adams recommended that the

Motion be granted, the parties be ordered to submit all claims in Plaintiff's Complaint

to arbitration, and the case be stayed pending the outcome of arbitration. (Id.)  No

Party has objected to the Report and Recommendation as the motion was unopposed.

In the Eleventh Circuit, a district judge may accept, reject, or modify the

magistrate judge's report and recommendation after conducting a careful and

complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1);

Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982).  A district judge "shall

make a *de novo* determination of those portions of the report or specified proposed

findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo,* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court finds that the Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is **ORDERED** that:

1.    The Report and Recommendation, (Dkt. 9), is **CONFIRMED** and **ADOPTED** as part of this Order.

2.    Defendants' Unopposed Motion to Compel Arbitration, (Dkt. 6), is **GRANTED**.

3.    The parties shall advance the claims and defenses asserted in this lawsuit via binding arbitration as provided in the parties' agreement. (Dkt. 6-1)

4.    This proceeding is **STAYED** pending resolution in arbitration.

5.    The parties shall have fourteen (14) days after the completion of arbitration to file a notice or appropriate motion advising the Court how and whether this case should proceed.

6.    The Clerk is directed to Administratively **CLOSE THIS CASE**.


**DONE** and **ORDERED** in Tampa, Florida, this 5th day of January 2026.


_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE


**Copies furnished to:**
Counsel of Record
Any Unrepresented Person